UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PATRICK M REBECCA § Case No. 12-34592-JHW
JOANNE REBECCA §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/John W. Hargrave, Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-34592 | JHW | Judge: | Judith H. Wizmur | Trustee Name: | John W. Hargrave, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PATRICK M REBECCA | | | | Date Filed (f) or Converted (c): | 10/09/2012 (f) |
| | JOANNE REBECCA | | | | 341(a) Meeting Date: | 11/16/2012 |
| For Period Ending: | 10/30/2013 | | | | Claims Bar Date: | 02/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9 ROSE TREE LANE, WOODBURY, NJ | 153,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, PICTURES AND OTHER ART OBJECTS. | 100.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. LPL FINANCIAL TOD ACCOUNT - (W) $19,778.64; LPL FINANCIAL SP | 19,808.64 | 0.00 | | 0.00 | FA |
| 8. ERISA QUALIFIED PENSION PLAN, NOT PART OF THE DEBTOR ESTATE; | 15,706.29 | 0.00 | | 0.00 | FA |
| 9. EXXONMOBIL - DEBTOR WIFE CUSTODIAN FOR SHANNON LYNCH UTMA, N | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2012 TOYOTA CAMRY - LEASE | 1.00 | 0.00 | | 0.00 | FA |
| 11. ING ANNUITY (u)  ADDED IN DEBTORS AMENDED SCHEDULES 11/16/12 | 54,986.28 | 50,864.92 | | 55,321.27 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $248,122.21    $50,864.92    $55,321.27    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR:  10/30/2013
TFR APPROVAL:  PENDING
FINAL MTG:  PENDING
TDR:  PENDING
TDR APPROVAL:  PENDING

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Initial Projected Date of Final Report (TFR): 06/30/2013    Current Projected Date of Final Report (TFR): 10/30/2013    Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-34592 | Trustee Name: John W. Hargrave, Trustee | |
| Case Name: PATRICK M REBECCA | Bank Name: Team Capital Bank | |
| JOANNE REBECCA | Account Number/CD#: XXXXXX5089 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2789 | Blanket Bond (per case limit): $33,548,151.00 | |
| For Period Ending: 10/30/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/13 | 11 | ING USA ANNUITY & LIFE INS CO<br>909 LOCUST STREET<br>DES MOINES, IA  50309 | CLOSE BANK ACCT | 1229-000 | $55,321.27 | | $55,321.27 |
| 02/15/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.55 | $55,298.72 |
| 03/11/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.61 | $55,241.11 |
| 04/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.56 | $55,183.55 |
| 05/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.48 | $55,126.07 |
| 06/05/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.42 | $55,068.65 |
| 07/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.37 | $55,011.28 |
| 08/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.30 | $54,953.98 |
| 09/03/13 | | Team Capital Bank | Bank Service Fees | 2600-000 | | $57.24 | $54,896.74 |
| 10/01/13 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.19 | $54,839.55 |
| 10/30/13 | 101 | REBECCA, JOANNE<br>9 ROSETREE LANE<br>WEST DEPTFORD, NJ  08096 | DEBTOR'S EXEMPTION | 8100-002 | | $4,121.36 | $50,718.19 |

| | | |
|---|---|---|
| COLUMN TOTALS | $55,321.27 | $4,603.08 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $55,321.27 | $4,603.08 |
| Page Subtotals: | $55,321.27 | $4,603.08 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $4,121.36 |
| Net | $55,321.27 | $481.72 |

Exhibit B

Page Subtotals: $0.00 $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5089 - Checking | $55,321.27 | $481.72 | $50,718.19 |
| | $55,321.27 | $481.72 | $50,718.19 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $55,321.27 |
| Total Gross Receipts: | $55,321.27 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-34592-JHW  
Debtor Name: PATRICK M REBECCA  
Claims Bar Date: 2/27/2013  

Date: October 30, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | JOANNE REBECCA<br>9 ROSETREE LANE<br>WEST DEPTFORD, NJ 08096 | Administrative | DEBTOR'S EXEMPTION | $0.00 | $4,121.36 | $4,121.36 |
| 100 2100 | John W. Hargrave<br>117 Clements Bridge Road<br>Barrington, NJ 08007 | Administrative | TRUSTEE COMMISSION | $0.00 | $5,810.00 | $5,810.00 |
| 100 2200 | John W. Hargrave<br>117 Clements Bridge Road<br>Barrington, NJ 08007 | Administrative | TRUSTEE EXPENSE | $0.00 | $35.80 | $35.80 |
| 100 3110 | JOHN W. HARGRAVE ESQUIRE<br>117 CLEMENTS BRIDGE ROAD<br>BARRINGTON, NJ 08007 | Administrative | ATTY FOR TRUSTEE FEES | $0.00 | $712.50 | $712.50 |
| 100 3120 | JOHN W. HARGRAVE ESQUIRE<br>117 CLEMENTS BRIDGE ROAD<br>BARRINGTON, NJ 08007 | Administrative | ATTY FOR TRUSTEE EXPENSES | $0.00 | $7.55 | $7.55 |
| 1 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | Date Filed: 12/04/2012<br><br>GUS - ACCT #X-8835<br>Sch F - Credit One Bank | $0.00 | $538.52 | $538.52 |
| 2 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | Date Filed: 12/14/2012<br><br>GUS - ACCT X-4900<br>Sch F - Fashion Bug | $0.00 | $1,321.91 | $1,321.91 |
| 3 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | Date Filed: 12/14/2012<br><br>GUS - ACCT #X-8954<br>Sch F - Home Shopping Network | $0.00 | $254.79 | $254.79 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-34592-JHW  
Debtor Name: PATRICK M REBECCA  
Claims Bar Date: 2/27/2013  

Date: October 30, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured | Date Filed: 12/14/2012<br><br>GUS - ACCT #X-0518<br>Sch F - WFFNB/Dress Barn | $299.00 | $335.27 | $335.27 |
| 5 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured | Date Filed: 12/14/2012<br><br>GUS - ACCT #X-2663<br>Sch F - Victorias Secret | $885.00 | $939.13 | $939.13 |
| 6 300 7100 | CAPITAL ONE NA C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | Unsecured | Date Filed: 01/02/2013<br><br>GUS - ACCT #X-0821<br>Sch F - Kohl's / Cap One | $2,628.00 | $2,796.06 | $2,796.06 |
| 7 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | Date Filed: 01/08/2013<br><br>GUS - ACCT #X-1472<br>Sch F - CitiCards | $0.00 | $6,733.82 | $6,733.82 |
| 8 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | Date Filed: 01/08/2013<br><br>GUS - ACCT #X-4793<br>Sch F - CitiCards | $10,881.00 | $4,445.09 | $4,445.09 |
| 9 300 7100 | N. A. FIA CARD SERVICES FIA CARD SERVICES, N.A. 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | Unsecured | Date Filed: 01/15/2013<br><br>GUS - ACCT #X-5676<br>Sch F - Bank of America | $6,120.00 | $6,120.33 | $6,120.33 |
| 10 300 7100 | AMERICAN EXPRESS BANK FSB c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Date Filed: 02/06/2013<br><br>GUS - ACCT #X-1008<br>Sch F - American Express | $1,562.00 | $1,615.03 | $1,615.03 |
| 11 300 7100 | N. A. CAPITAL ONE CAPITAL ONE, N.A. BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured | Date Filed: 02/06/2013<br><br>GUS - ACCT #X-7592<br>Sch F - Best Buy/HSBC | $0.00 | $897.39 | $897.39 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-34592-JHW  
Debtor Name: PATRICK M REBECCA  
Claims Bar Date: 2/27/2013

Date: October 30, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12 300 7100 | CAPITAL RECOVERY V, LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | Date Filed: 02/11/2013<br><br>GUS - ACCT #X-2839<br>Sch F - Lenscrafters | $0.00 | $1,048.02 | $1,048.02 |
| 13 300 7100 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE BANK USA NA POB 29262 NEW YORK NY 10087-9262 | Unsecured | Date Filed: 02/26/2013<br><br>GUS - ACCT #X-2709<br>Sch F - Chase | $0.00 | $11,814.24 | $11,814.24 |
| 14 300 7100 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE BANK USA NA POB 29262 NEW YORK NY 10087-9262 | Unsecured | Date Filed: 02/26/2013<br><br>GUS - ACCT #X-6422<br>Sch F - Chase | $26,191.00 | $14,780.04 | $14,780.04 |
| 15 300 7100 | PORTFOLIO INVESTMENTS II LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 S.E. 2ND AVENUE, SUITE 1120 MIAMI, FLORIDA 33131-1605 | Unsecured | Date Filed: 02/27/2013<br><br>GUS - ACCT #X-3510<br>Sch F - JCPenney | $0.00 | $1,300.39 | $1,300.39 |
| 16 300 7100 | PORTFOLIO INVESTMENTS II LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 S.E. 2ND AVENUE, SUITE 1120 MIAMI, FLORIDA 33131-1605 | Unsecured | Date Filed: 02/27/2013<br><br>GUS - ACCT #X-5468<br>Sch F - DIck's Sporting Goods | $0.00 | $1,891.06 | $1,891.06 |
| 17 300 7100 | PORTFOLIO INVESTMENTS II LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 S.E. 2ND AVENUE, SUITE 1120 MIAMI, FLORIDA 33131-1605 | Unsecured | Date Filed: 02/27/2013<br><br>GUS - ACCT #X-3588<br>Sch F - Amazon.com | $0.00 | $2,050.66 | $2,050.66 |
| 18 300 7100 | PORTFOLIO INVESTMENTS II LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 S.E. 2ND AVENUE, SUITE 1120 MIAMI, FLORIDA 33131-1605 | Unsecured | Date Filed: 02/27/2013<br><br>GUS - ACCT #X-2130<br>Sch F - Lowes | $0.00 | $1,700.44 | $1,700.44 |
| | Case Totals | | | $48,566.00 | $71,269.40 | $71,269.40 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-34592-JHW  Date: October 30, 2013
Debtor Name: PATRICK M REBECCA
Claims Bar Date: 2/27/2013

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-34592-JHW
Case Name: PATRICK M REBECCA
  JOANNE REBECCA
Trustee Name: John W. Hargrave, Trustee

Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John W. Hargrave | $ | $ | $ |
| Trustee Expenses: John W. Hargrave | $ | $ | $ |
| Attorney for Trustee Fees: JOHN W. HARGRAVE ESQUIRE | $ | $ | $ |
| Attorney for Trustee Expenses: JOHN W. HARGRAVE ESQUIRE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____
Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 6 | CAPITAL ONE NA | $ | $ | $ |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 9 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 10 | AMERICAN EXPRESS BANK FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | N. A. CAPITAL ONE | $ | $ | $ |
| 12 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 13 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE | $ | $ | $ |
| 14 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE | $ | $ | $ |
| 15 | PORTFOLIO INVESTMENTS II LLC | $ | $ | $ |
| 16 | PORTFOLIO INVESTMENTS II LLC | $ | $ | $ |
| 17 | PORTFOLIO INVESTMENTS II LLC | $ | $ | $ |
| 18 | PORTFOLIO INVESTMENTS II LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE